ROMNEY PHILPOTT (CO Bar No. 35112)
Senior Trial Attorney
999 18th St. #370
Denver, CO 80202
MICHELLE RAMUS (DC Bar No. 1617481)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (303) 844-1810 (Philpott)
        (202) 514-2598 (Ramus)
Romney.Philpott@usdoj.gov
Michelle.Ramus@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA


| ALLIANCE FOR THE WILD ROCKIES, *et al.* *Plaintiffs*, | ) ) ) ) | Case No. CV 25-12-BLG-DWM |
|---|---|---|
| v. | ) ) ) | **FEDERAL DEFENDANTS' MOTION FOR REASSIGNMENT OF CASE** |
| KATHERINE HAMMOND, *in her official capacity of NPS Regional Director, et al.,* | ) ) ) ) | Administrative Procedure Act Case 5 U.S.C. §§ 701 *et seq.* |
| *Defendants*. | ) | |

Katherine Hammond, in her official capacity as National Park Service

Regional Director for Interior Regions 6, 7, and 8; Cameron Sholly, Superintendent

of Yellowstone National Park, and National Park Service ("NPS") (collectively,

"Federal Defendants"), respectfully move the Court to reassign this case to Chief

1

Judge Brian Morris, who is presiding over an earlier-filed case, *Montana, et al. v. Doug Burgum, et al.*, No. 1:24-cv-00180-BMM, challenging the same federal action (NPS's adoption of the Yellowstone National Park Bison Management Plan ("NPS Bison Plan")) and assert violations of the same statute (the National Environmental Policy Act ("NEPA")).

On March 24, 2025, counsel for Federal Defendants sought the position of Plaintiffs, who indicated they oppose the motion.

Respectfully submitted on this 24th day of March, 2025,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

ROMNEY PHILPOTT
Senior Trial Attorney

*/s/ Michelle Ramus*_____
MICHELLE RAMUS
(DC Bar No. 1617481)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 514-2598
Michelle.Ramus@usdoj.gov

*Attorneys for Defendants*

2

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on Defendants and Proposed Intervenors via CM/ECF electronic notice.

*/s/ Michelle Ramus*_____
MICHELLE RAMUS
Trial Attorney

*Attorney for Defendants*