IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES and COUNCIL ON FISH & WILDLIFE,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE HAMMOND, National Park Service Regional Director for Interior Regions 6, 7, and 8, CAMERON SHOLLY, Superintendent of Yellowstone National park, and the NATIONAL PARK SERVICE,<br><br>Defendant. | CV 25–12–BLG–DWM<br><br>ORDER |

On March 24, 2025, Defendants Katherine Hammond, National Park Service Regional Director for Interior Regions 6, 7, and 8, Cameron Sholly, Superintendent of Yellowstone National Park, and the National Park Service (together, "Federal Defendants") moved for reassignment of the above-caption case to Chief Judge Brian Morris, who is presiding over an earlier-filed case,[1] that addresses the same

---

[1] *Montana v. Burgum*, No. 1:24-cv-00180-LBG-BBM.

1

National Park Service decision and environmental impact statement at issue in this case. (Doc. 10.) Plaintiffs Alliance for the Wild Rockies and Council on Fish & Wildlife oppose. (Doc. 12).

Because Federal Defendants correctly assert that such reassignment will promote judicial efficiency and reduce the risk of inconsistent rulings,

IT IS ORDERED that the government's motion, (Doc. 10), is GRANTED in so far as it is RECOMMENDED that this case be reassigned to Chief Judge Brian Morris.

DATED this 2nd day of May, 2025.

_____ 12:15 P.M.
Donald W. Molloy, District Judge
United States District Court